## Kolb, Kyle J.

| | |
|---|---|
| **From:** | Fleming, Thomas J. |
| **Sent:** | Thursday, October 27, 2016 8:13 PM |
| **To:** | 'steve@stevenlandis.com' |
| **Cc:** | Joseph Lucosky; Kolb, Kyle J. |
| **Subject:** | stephen shamus notice of termination URGENT |

We are counsel for Wizard World, Inc. At your request, we are directing our client's communications with Stephen Shamus (your client) through you. Please transmit the below from John D. Maatta  immediately to Mr. Shamus. Please confirm receipt to me. Thank you.

*Stephen,*

*This email is notice that you are hereby terminated immediately as an officer and employee of Wizard World, Inc. You are forbidden to go to our offices in New York City  or to attend or participate in any of our conventions. Please contact me and we will make arrangements to return to you any personal items in your office. You must return to Wizard World immediately any  business records that you have in your possession, whether on a laptop, phone or in paper form.*

*For a period spanning some period of time, you have abdicated your responsibilities and have engaged in conduct that is insubordinate and damaging to the company. You have failed and refused to perform your duties as duly instructed by management. Additionally you have you failed and refused to communicate with management.  Yesterday when the CEO of the company sent you an email that communicated business issues and concerns, you instructed the CEO to deal with you through your attorney.  That conduct is completely unacceptable in any employment relationship.*

*Additionally it has come to our attention that, for many years, you have engaged in a practice of utilizing the celebrities and talent hired by your employer, Wizard World, to enrich yourself. We understand that you have regularly arranged for celebrities under contract to Wizard World to create autographed and/or collectible merchandise for the benefit and enrichment of yourself and your confederates.   We demand that all such material be immediately returned to Wizard World. We further demand that you provide us with a complete accounting of the funds generated from this unlawful practice. You are further instructed to preserve all records and data relating to this activity, including emails and financial records. We have also learned that you have recently made extensive email deletions to your email address at our Company. If you have a copy of these emails the copy must be preserved. The destruction of our electronic data was clearly done to conceal your wrongdoing and to harm Wizard World.*

*Our investigation into the matter is ongoing. This letter is written with a full reservation of our rights.*

*s/ John D. Maatta, Chief Executive Officer*